# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD A. DAVIS,<br><br>    Petitioner,<br><br>   v.<br><br>BRENDA CASH, Warden,<br><br>    Respondent. | 1:09-CV-01812 OWW GSA HC<br><br>ORDER CONSTRUING PETITIONER'S MAY 18, 2010, FILING AS MOTION TO AMEND THE PETITION TO NAME A PROPER RESPONDENT<br>[Doc. #9]<br><br>ORDER GRANTING MOTION TO NAME PROPER RESPONDENT<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 19, 2010, the Court preliminarily reviewed the petition and found Petitioner had failed to name a proper respondent. The Court granted Petitioner leave to amend the petition and name a proper respondent. On May 18, 2010, Petitioner filed the first page of his original petition wherein he changed the name of Respondent to "Warden Brenda Cash." Petitioner is incarcerated at California State Prison, Los Angeles County, and Brenda Cash is presently the warden of that institution. Therefore, Brenda Cash is the proper respondent in this matter.

**ORDER**

    Accordingly, Petitioner's May 18, 2010, filing is CONSTRUED as a motion to amend the

1  petition to name a proper respondent, and Petitioner's motion is hereby GRANTED. The Clerk of
2  Court is DIRECTED to change the name of Respondent to "Brenda Cash."

4      IT IS SO ORDERED.
5      Dated:   **June 2, 2010**                   **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE